1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KALANI,<br><br>       Plaintiff,<br><br>   vs.<br><br>HAYWARD TOOLS & EQUIPMENT, INC., et al.,<br><br>       Defendants. | No. 3:14-cv-02469-JCS<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Hayward Tools & Equipment, Inc., Tony L. Y. Lin, and Grace Y. C. Lin, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 16, 2014                          MOORE LAW FIRM, P.C.


                                                /s/ Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Robert Kalani

                                                DILLINGHAM & MURPHY, LLP


                                                /s/ William F. Murphy
                                                William F. Murphy
                                                Attorneys for Defendants
                                                Hayward Tools & Equipment, Inc.,
                                                Tony L. Y. Lin, and Grace Y. C. Lin