1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT KALANI, | ) | No.  3:14-cv-02469-JCS |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | ) ) | |
| HAYWARD TOOLS & EQUIPMENT, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants
2 Hayward Tools & Equipment, Inc., Tony L. Y. Lin, and Grace Y. C. Lin, the parties to this
3 action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.
5 Each party is to bear its own attorneys' fees and costs.

7  Date: October 16, 2014                MOORE LAW FIRM, P.C.

9                                         /s/ Tanya E. Moore
                                          Tanya E. Moore
10                                        Attorneys for Plaintiff
                                          Robert Kalani

12                                        DILLINGHAM & MURPHY, LLP

14                                        /s/ William F. Murphy
                                          William F. Murphy
15                                        Attorneys for Defendants
                                          Hayward Tools & Equipment, Inc.,
16                                        Tony L. Y. Lin, and Grace Y. C. Lin

19  Dated: 10/20/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION

Page 2